ROSE ALEXANDER and Others, Plaintiffs, *v.* MARJORIE A. KELLY and Others, Defendants.

Supreme Court, Special Term, Kings County, September 13, 1938.

*Harry Schechter,* for the plaintiff Rose Alexander.

*Robert E. Mebel,* for the defendant Marjorie A. Kelly.

SMITH (PETER P.), J.   The Court of Appeals in *Holmes* v. *Gravenhorst* (263 N. Y. 148), relied upon herein by the defendant, has stated that, in the absence of a contrary agreement entered into between the parties, there is no authority for holding that a mortgagor in possession may be evicted from the mortgaged premises prior to a sale under a judgment of foreclosure and sale.   In the instant case, however, it was expressly stipulated under the provisions of the extension agreement that the owner would pay a reasonable rental for the premises in the event of default.   The latter covenant clearly contemplates the exception to the general rule enunciated in the *Holmes* case.   Plaintiffs' motion for a receiver of the rents granted.   The order will be settled on notice.   Plaintiffs' motion for summary judgment has been withdrawn.